**No. 10-6010. James R. Walker, Petitioner v. Nevada.**

562 U.S. 1066, 131 S. Ct. 645, 178 L. Ed. 2d 487, 2010 U.S. LEXIS 9075.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 766.

**No. 10-6042. William Glenn Boyd, Petitioner v. Richard F. Allen, Commissioner, Alabama Department of Corrections.**

562 U.S. 1066, 131 S. Ct. 645, 178 L. Ed. 2d 487, 2010 U.S. LEXIS 9390.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit is denied.

Same case below, 592 F.3d 1274.

**No. 10-6043. Frederick Bell, Petitioner v. Christopher B. Epps, Commissioner, Mississippi Department of Corrections.**

562 U.S. 1066, 131 S. Ct. 645, 178 L. Ed. 2d 487, 2010 U.S. LEXIS 9095.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 347 Fed. Appx. 73.

**No. 10-6060. John P. Dunbar, Petitioner v. Hawaii.**

562 U.S. 1067, 131 S. Ct. 646, 178 L. Ed. 2d 487, 2010 U.S. LEXIS 9268,

November 29, 2010. Petition for writ of certiorari to the Intermediate Court of Appeals of Hawaii denied.

**No. 10-6215. Elizabeth McCray, Petitioner v. Chrysler LLC.**

562 U.S. 1067, 131 S. Ct. 647, 178 L. Ed. 2d 487, 2010 U.S. LEXIS 9313,

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 382 Fed. Appx. 539.

**No. 10-6244. Shabaka K. Boyd, Petitioner v. United States.**

562 U.S. 1067, 131 S. Ct. 647, 178 L. Ed. 2d 487, 2010 U.S. LEXIS 9420.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 608 F.3d 331.

**No. 10-6517. Billy F. Hansen, Petitioner v. Florida.**

562 U.S. 1067, 131 S. Ct. 648, 178 L. Ed. 2d 487, 2010 U.S. LEXIS 9058.

November 29, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 37 So. 3d 852.

**No. 10-6519. Devin Harmon, Petitioner v. Martin Marshal, et al.**

562 U.S. 1067, 131 S. Ct. 649, 178 L. Ed. 2d 487, 2010 U.S. LEXIS 9226.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 391 Fed. Appx. 632.